**Phillip Wayne HARRIS,**
**Plaintiff–Appellee,**

v.

**David EVANS, Commissioner, Lanson Newsome, Deputy Commissioner, A.G. Thomas, Warden, Defendants–Appellants.**

No. 89–8589.

United States Court of Appeals,
Eleventh Circuit.

Aug. 23, 1993.

Terry L. Long, Office of State Atty. Gen., William B. Hill, Daryl A. Robinson, Atlanta, GA, for defendants-appellants.

James G. Middlebrooks, Smith, Helms, Mullis & Moore, Charlotte, NC, for plaintiff-appellee.

ON PETITION FOR REHEARING AND
SUGGESTION FOR REHEARING
EN BANC

Before TJOFLAT, Chief Judge, FAY, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK and CARNES, Circuit Judges.*

---

* Senior U.S. Circuit Judge Thomas A. Clark has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).

BY THE COURT:

A member of this court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.